# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

IN RE: )
    Betty Ann Earl ) CASE NO. 01-36943
) Chapter 7
Debtor (s) )

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Lisa Grow, for the Estate of Betty Ann Earl through her Attorney-in-Fact Charlene J. Keys dba Keys Research, hereby petitions the court for $5,781.46 being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds. Petitioner certifies that the decedant is a debtor in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. The petitioner did not receive the dividend check in the above referenced case for the following reason:

    The decedant did not receive the check at the address on the Trustee's Report of 981 East 5014 South, Salt Lake City, UT 84117 because she had moved.

    The petitioner's current address and phone number is:
    Lisa Grow, 8683 south Gravel Hills Drive, Sandy UT 84094 and (801) 562-0464.

I hereby certify that on October 21, 2009, I mailed a true and correct copy of this application for unclaimed funds to the United States Attorney at 185 South State Street, Suite 400, Salt Lake City, Utah 84111.

Dated: October 21, 2009

Charlene J. Keys, Attorney-in-fact
dba Keys Research
23630 SE 440TH Street
Enumclaw, WA 98022
(360) 825-7300

A COPY OF A PHOTO IDENTIFICATION CARD SHOWING PETITIONER'S SIGNATURE IS REQUIRED. PLEASE REDACT ANY SENSITIVE INFORMATION BEFORE ATTACHING THE EXHIBIT TO THIS APPLICATION.

*Keys Research*     <u>Abandoned Funds Investigation & Recovery</u>

23630 Southeast 440th Street, Enumclaw WA 98022
360-825-7300
Fax 360-825-5482

October 21, 2009

U.S. Attorney for the District of Utah
185 South State Street
Suite 400
Salt Lake City UT 84111

U.S. Attorney:

In compliance with Bankruptcy Court ruling and pursuant to 28 USC §2042, this letter is to serve notice of application to the U.S Bankruptcy Court, District of Utah for the release of unclaimed funds owing to the following debtor:

Case No.    01-36943
Debtor:     Betty Ann Earl
Amount      $5,781.46

This notice requires no action on your part.

Sincerely,

*Charlene J. Keys*

Charlene J. Keys
Keys Research

*Licensed, Bonded, Better Business Bureau Member*

KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| BETTY ANN EARL | Bankruptcy No. 01-36943 |
| , Debtor. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On March 9, 2004, a check was issued as follows:

| CHECK # | CREDITOR & ADDRESS | CHECK AMT. |
|---|---|---|
| 112 | Betty Ann Earl<br>981 East 5014 South<br>Salt Lake City, Utah 84117 | 5,781.46 |

2. Said check was not cashed by the payee.

3. The trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in J.P. Morgan Chase Bank, Account # 312802937866.

5. The last known name and address of the payee to which the check was sent, is listed above.

6. A check in the amount of $5,781.46, representing said unclaimed funds, made payable to the U.S. Bankruptcy Court Clerk is attached hereto.

DATED this 3rd day of September, 2004.

_____
KENNETH A. RUSHTON, Trustee

0136943D29

## AGENT AUTHORIZATION

I, Lisa Grow for the Estate of Betty Ann Earl, do hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $5,781.46 ONLY, less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney.

Dated: 09-09-09        Signed: _____
                                Lisa Grow

*********************************************************************************

### NOTARY ACKNOWLEDGMENT

State of _UTAH_, County of _Salt Lake_

ACKNOWLEDGED before me on this date _9-09-09_, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL 

NOTARY PUBLIC
My commission expires _01-06-11_

## AFFIDAVIT OF CLAIMANT'S PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I, Lisa Grow for the Estate of Betty Ann Earl, the undersigned deponent, belonging of legal age, do hereby depose and say under penalty of perjury as follows:

My current mailing address and phone number is 8683 South Gravel Hills Drive, Sandy UT 84094 and (801) 562-0464.

Keys Research has made me aware of a Federal Trust Account owing to my mother in the amount of $5,781.46.

1. She did not receive a federal check in the amount of $5,781.46. Her previous mailing address was 981 East 5014 South, Salt Lake City UT 84117.

2. I cannot provide proof of the previous mailing address as listed on the Trustee's Report because she did not retain records for this address. For this reason, it is overly burdensome, and may be impossible to provide documentation to verify the specific address of record.

3. I authorize Keys Research to act as my agent for the sole purpose of recovering and returning unclaimed Federal funds owing to my mother.

DATED: 09·09·09            BY: _____
                                 Lisa Grow

***

### NOTARY ACKNOWLEDGMENT

State of  UTAH  , County of  Salt Lake 

ACKNOWLEDGED before me on this date  9-09-09  , by the Individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL
DARIN J MEMMOTT
NOTARY PUBLIC - STATE OF UTAH
2379 WEST 13100 SOUTH
RIVERTON, UT 84065
COMM. EXP. 01-06-2011

Notary Public _____

My commission expires on  01-06-11





# CERTIFICATE OF DEATH
State File Number: 2007000462

## Betty Ann Earl

### DECENDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | January 12, 2007 | Time of Death: | 13:30 |
| City of Death: | Salt Lake City | County of Death: | Salt Lake |
| Age: | 74 | Date of Birth: | November 15, 1932 |
| Place of Birth: | Ellerbe, North Carolina | Sex: | Female |
| Armed Services: | No | Marital Status: | Divorced |
| Spouse's Name: | | Usual Occupation: | Hair Dresser |
| Industry/Business: | Cosmotology | Education: | Some College but No Degree |
| Residence: | Salt Lake City, Utah | Father's Name: | Eugene Hadley |
| Mother's Name: | Wilma Gladys Waters | Facility Type: | Nursing Home/Assisted Living |
| Facility or Address: | Saint Joseph's Villa | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Lisa Grow | Relationship: | Daughter |
| Mailing Address: | 8683 South Gravel Hills Drive, Sandy, Utah 84094 | | |

### DISPOSITION INFORMATION

| | |
|---|---|
| Method of Disposition: | Burial |
| Place of Disposition: | Mountain View Memorial Estates, Salt Lake City, Utah |
| Date of Disposition: | January 16, 2007 |

### FUNERAL HOME INFORMATION

| | |
|---|---|
| Funeral Home: | Mountain View Mortuary |
| Address: | 7800 South 3115 East, Salt Lake City, Utah 84121 |
| Funeral Director: | Brian L Wankier |

### MEDICAL CERTIFICATION
Medical Professional: Mary Jane Norman MD, 451 Bishop Federal Lane, Salt Lake City, Utah 84115

### CAUSE OF DEATH
Stroke [Onset: 24 Hours]
Failure to thrive [Onset: 1 Month]
hypertension
Previous strke
Tobacco Use: Non-user
Medical Examiner Contacted: No   Autopsy Performed: No   Manner of Death: Natural

Date Issued: September 21, 2009



This is an exact reproduction of the document registered in the State Office of Vital Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, ultra violet fibers and hologram image of the Utah State Seal, over the words "State of Utah". This document displays the date, seal and signature of the State Registrar of Vital Statistics.

*Barry E. Nangle*
Barry E. Nangle
State Registrar

\*062212607\*

UTAH DEPARTMENT OF HEALTH
Office of Vital Records & Statistics
Salt Lake City, Utah



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## AFFIDAVIT OF INTESTATE

I, Lisa Grow, for the Estate of Betty Ann Earl, who was my mother, do hereby state, under penalty of perjury, that the following is true and correct to best of my knowledge:

The statement of progression is as follows:

1. My name is Lisa Grow. My current address and phone number is: 8683 South Gravel Hills Drive, Sandy UT 84094. Betty Ann Earl was my mother.

2. Keys Research has made me aware of unclaimed funds in the amount of 5,781.46 owing to Betty Ann Earl.

3. The check was not negotiated because Betty Ann Earl is deceased and passed away intestate.

4. Date of passing for Betty Ann Earl is __January 17, 2007__. A Certified copy of the Death Certificate is attached.

5. I attest to being the daughter of Betty Ann Earl and I am the personal representative of the estate and handled all affairs regarding this estate. My mother's property was not probated.

6. Therefore, I have authorized Keys Research to collect the amount of $5,781.46 owing to Betty Ann Earl.

I authorized Keys Research to act as my agent for the sole purpose of recovering and returning the funds to me.

Date __09·09·09__    Signed _____
                                    Lisa Grow

........................................................................

### NOTARY ACKNOWLEDGMENT

ACKNOWLEDGED before me on this date __9-09-09__, by the Individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

Notary Seal

Notary Public in and for the State of __Utah__
__Utah__ County of __Salt Lake__
My commission expires __01-06-11__

DARIN J MEMMOTT
NOTARY PUBLIC · STATE OF UTAH
2379 WEST 13190 SOUTH
RIVERTON, UT 84065
COMM. EXP. 01-06-2011

Charlene J. Keys is now and always has been the Principal of Keys Research since its' inception in 1990.

Signed _____
Charlene J. Keys

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTARY ACKNOWLEDGMENT

State of Washington, County of King

ACKNOWLEDGED before me on this date 9/8/08, by the individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution is thereof to be of her free act and deed.

_____
NOTARY PUBLIC
My commission expires 8/29/09





### STATE OF WASHINGTON
DEPARTMENT OF LICENSING – BUSINESS AND PROFESSIONS DIVISION
THIS CERTIFIES THAT THE PERSON NAMED HEREON IS AUTHORIZED, AS PROVIDED BY LAW, AS AN

UNARMED PRIVATE INVESTIGATOR
PRINCIPAL

KEYS RESEARCH
CHARLENE J KEYS
23630 SE 440TH ST
ENUMCLAW WA  98022

Licensee Released -

Termination Date 9/30/08

_____
Signature of Company Principal

_____
Elizabeth A. Luce
Director

| Cert/Lic No. | Issued Date | Expiration Date |
|---|---|---|
| 2196 | 09/25/1996 | 09/30/2008 |

PL-630-159 (R/2/04)