# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| In Re: Betty Ann Earl | ) ) ) | Case No. 01-36943 |
| Debtor(s) | ) ) | |

## ORDER TO RELEASE UNCLAIMED FUNDS

It appearing that the check made payable to Betty Ann Earl, in the amount of $5,781.46 was not charged against the bank account of the petitioner's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Lisa Grow for the Estate of Betty Ann Earl now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $5,781.46 to Lisa Grow, c/o Keys Research, 23630 Southeast 440th Street, Enumclaw WA 98022.

...................................................END OF DOCUMENT............................................